LAKE COUNTY BAR ASSOCIATION *v.* BILLSON.

[Cite as *Lake Cty. Bar Assn. v. Billson* (1991), 61 Ohio St.3d 111.]

(No. 91–457—Submitted April 17, 1991—Decided July 10, 1991.)

*James P. Koerner, Albert B. Polen* and *Joseph M. Gurley,* for relator.

*Per Curiam.* We concur in the findings of fact, conclusions of law and recommendation of the board. Accordingly, respondent is hereby suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.